**UNITED STATES DISTRICT COURT**
**EASTERN DISTRICT OF LOUISIANA**

| | |
|---|---|
| **DAROLD J. ANDERSON** | **CIVIL ACTION** |
| **VERSUS** | **NO: 05-6477** |
| **WARDEN COOPER, AVOYELLES CORRECTIONAL CENTER** | **SECTION: "S" (6)** |

## ORDER

The Court, having considered the petition, the record, the applicable law, the Report and Recommendation of the United States Magistrate Judge, and plaintiff's objection to the Report and Recommendation, hereby approves the Report and Recommendation and adopts it as its opinion herein, except that the petitioner's 4th amendment claim of illegal entry is sustained.  It is clear from the transcript testimony of the victim that petitioner did not consent to the entry after the knock.

> " As soon as Mr. Anderson opened the door, he became threatening towards me.  Telling me I better get the "f" away from him.  I better get out of his room.  Get away from his room."

However, petitioner's conviction was not obtained because of the evidence seized as a result of the illegal entry.  The item seized was not necessary to defendant's conviction because of the trial testimony of the deputy victim.

Likewise, the claim of ineffective assistance for failure to move to suppress the evidence of illegal entry fails because the suppression of that evidence would have had no bearing on petitioner's conviction.  Petitioner is unable to demonstrate that the deficient performance prejudiced his defense.

Accordingly,

**IT IS ORDERED** that petitioner's application for habeas corpus relief pursuant to Title 28, United States Code, Section 2254, is hereby **DISMISSED WITH PREJUDICE**

New Orleans, Louisiana, this 30th day of April, 2008.

**MARY ANN VIAL LEMMON**
**UNITED STATES DISTRICT JUDGE**

2